# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 08, 2021

Mr. Jacob Moshe Roth
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113

      RE:  21-1589  Adventist Health System, et al v. U.S. Dept. of HHS, et al

Dear Counsel:

      The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant, for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

      Michael E. Gans
      Clerk of Court

CMD

Enclosure(s)

cc:    Mr. Peter C. Canfield
      Ms. Courtney A. Carrell
      Ms. Elizabeth Jane Carter
      Mr. Michael Anthony Carvin
      Mr.  Clerk, U.S. District Court, Southern Iowa
      Ms. Linda T. Coberly
      Mr. Michael Leon Drezner
      Ms. Lauren Gailey
      Mr. Bradley Hinshelwood
      Mr. Ryan Gene Koopmans
      Mr. Glenn L. Krinsky

Mr. Lance W. Lange
Ms. Lisa Nicole Newman
Ms. Autumn Hamit Patterson
Mr. James W. Randall
Mr. Richard Salgado
Ms. Kelsey L. Smith
Mr. Mark B. Stern
Mr. Sean H. Suber
Mr. Thomas Gerald Weber

District Court/Agency Case Number(s):   3:20-cv-00101-SMR