# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-1589

_____

Adventist Health System/SunBelt, Inc., doing business as AdventHealth Orlando; Board of Trustees of the University of Alabama, on behalf of University of Alabama Hospital; Medical University Hospital Authority; University of Iowa; University of Kansas Hospital Authority, a body politic and corporate and an independent instrumentality of the State of Kansas; University of Kentucky; Alexander Berrios, Jr.

Plaintiffs - Appellants

v.

United States Department of Health and Human Services, Secretary, Xavier Becerra; Health Resources and Services Administration, Acting Administrator, Diana Espinosa; United Network for Organ Sharing

Defendants - Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:20-cv-00101-SMR)
_____

## JUDGMENT

Before LOKEN, KELLY and ERICKSON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the order of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 08, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans